UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| **ELIZABETH J. HEUER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:11-CV-00051-NAB |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of Social Security** ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OPINION
ON PLAINTIFF'S MOTION FOR
EXTENSION OF TIME TO FILE BRIEF**

Presently before the Court is Plaintiff's second Motion for Extension of Time to File a Brief in support of her Social Security Complaint. [Doc. 16]. Defendant did not respond to the motion. Having fully considered the arguments set forth by Plaintiff, the Court grants the Motion for Extension of Time in part.

**Discussion**

On November 21, 2011, Plaintiff filed her second Motion for Extension of Time to file a brief in support of her complaint. Plaintiff seeks a thirty day extension. Previously, the Court entered an order granting Plaintiff's first Motion for Extension of Time to file her brief. [Doc. 15]. The Court granted Plaintiff a thirty day extension. *Id*. In that order, the Court stated that "[n]o further extensions will be granted without due cause." *See Id*. In the present motion, Plaintiff's counsel fails to provide the Court with any reason for why he needs an additional thirty days to prepare Plaintiff's brief. Therefore, finding that Plaintiff has failed to show due cause for an additional thirty day extension, the Court will only grant Plaintiff an additional

1

fourteen (14) days from the date of this order to file her brief. No further extensions will be granted.

### Conclusion

Based on the above analysis, the Court finds that Plaintiff's Motion for Extension of Time to File Brief In Support of Complaint should be **GRANTED IN PART**.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time to File Brief In Support of Complaint is **GRANTED IN PART**. [Doc. 16].

**IT IS FURTHER ORDERED** that Plaintiff's brief is due by December 13, 2011.

**IT IS FURTHER ORDERED** that Plaintiff will be granted no further extensions of time to file her brief in support of her complaint.

Dated this 29th day of November, 2011.

/s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE